| | |
|---|---|
| 1 | SEAN P. NALTY, Esq. (SBN 121253) |
|   | Email: Sean.Nalty@WilsonElser.com |
| 2 | WILSON, ELSER, MOSKOWITZ, |
|   |    EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
|   | San Francisco, California 94105 |
| 4 | Tel:   (415) 433-0990 |
|   | Fax:  (415) 434-1370 |

**E-Filed 2/24/09**

Attorneys for Defendants,
LIFE INSURANCE COMPANY OF NORTH AMERICA,
SAP AMERICA, INC., LONG TERM DISABILITY PLAN
and SAP AMERICA, INC., LIFE INSURANCE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALIT WAISSMAN, | CASE NO.   C08-04731 JF |
| Plaintiff, | |
| v. | **STIPULATION OF THE PARTIES REQUESTING CONTINUANCE OF THE FEBRUARY 27, 2009 CASE MANAGEMENT CONFERENCE IN THIS MATTER; ~~PROPOSED~~ ORDER** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; SAP AMERICA, INC., LONG TERM DISABILITY PLAN and SAP AMERICA, INC., LIFE INSURANCE PLAN | |
| Defendants. | Action Filed: October 14, 2008 |

1
**STIPULATION AND ORDER RE CONTINUANCE OF THE CMC**
USDC ND Cal CASE NO. C08-04731 JF
421153.1

FRP 2/19/09 2:27 PM
**Formatted:** Font:9 pt

FRP 2/19/09 2:27 PM
**Deleted:** 421153.1

Plaintiff DALIT WAISSMAN through her counsel of record in this matter, Charles Perkins, Flynn, Rose & Perkins, and defendants LIFE INSURANCE COMPANY OF NORTH AMERICA; SAP AMERICA, INC., LONG TERM DISABILITY PLAN and SAP AMERICA, INC., LIFE INSURANCE PLAN through their counsel of record Sean Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby enter into the following stipulation:

This matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA").   Based on the facts set forth below, the parties hereby request that the Court continue the Case Management Conference ("CMC") in this matter, currently set for February 27, 2009, for 120 days.

The parties have filed with the Court their Alternative Dispute Resolution stipulation selecting private mediation.  Mr. Perkins and Mr. Nalty already have discussed several times the issues that must be addressed in trying to settle this matter.   The parties have stipulated to complete the mediation within 120 days.

If the matter does not settle, the parties at the continued CMC will request that this matter be set for a bench trial.  Therefore, continuing the CMC will not interfere with the prompt resolution of this matter.  It will allow the parties to focus resources and time on the resolution of this matter either through informal negotiations or the mediation.

Date:   February 19, 2009        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:_____/s/ Sean P. Nalty_____
SEAN P. NALTY
Attorneys for Defendants,
LIFE INSURANCE COMPANY OF NORTH AMERICA
SAP AMERICA, INC., LONG TERM DISABILITY PLAN
and SAP AMERICA, INC., LIFE INSURANCE PLAN

Date: February 19,  2009        FLYNN, ROSE & PERKINS

By:____/s/ Charles B. Perkins_____
CHARLES B. PERKINS
Attorneys for Plaintiff
DALIT WAISSMAN,

FRP 2/19/09 2:27 PM
**Formatted:** Font:9 pt
FRP 2/19/09 2:27 PM
**Deleted:** 421153.1

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, the Case Management Conference in this matter currently set for February 27, 2009 at 10:30 a.m. is continued one hundred and twenty days to _____July 10, 2009_____ at 10:30 a.m.

Dated: __2/23/09__  _____
HONORABLE JEREMY FOGEL
JUDGE OF THE SUPERIOR COURT

FRP 2/19/09 2:27 PM
**Formatted:** Font:9 pt

FRP 2/19/09 2:27 PM
**Deleted:** 421153.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
**STIPULATION AND ORDER RE CONTINUANCE OF THE CMC**
USDC ND Cal CASE NO. C08-04731 JF
421153.1

FRP 2/19/09 2:27 PM
**Formatted:** Font:9 pt

FRP 2/19/09 2:27 PM
**Deleted:** 421153.1