1  SEAN P. NALTY, Esq.  (SBN 121253)
   Email:  Sean.Nalty@WilsonElser.com
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California  94105
4  Tel:    (415) 433-0990
   Fax:    (415) 434-1370
5
   Attorneys for Defendants,
6  LIFE INSURANCE COMPANY OF NORTH AMERICA,
   SAP AMERICA, INC., LONG TERM DISABILITY PLAN
7  and SAP AMERICA, INC., LIFE INSURANCE PLAN

RECEIVED

09 AUG 26 PM 4: 19

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

CHAMBER'S COPY

CHAMBER'S COPY

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  DALIT WAISSMAN,                              )  CASE NO.     C08-04731 JF-PVT
                                                 )
12             Plaintiff,                        )  **STIPULATION OF THE PARTIES RE:**
                                                 )  **MODIFICATION OF THE SCHEDULING**
13       v.                                      )  **ORDER IN THIS MATTER**
                                                 )
14  LIFE INSURANCE COMPANY OF                    )
    NORTH AMERICA; SAP AMERICA, INC.,            )  Action Filed:  October 14, 2008
15  LONG TERM DISABILITY PLAN                    )
    and SAP AMERICA, INC., LIFE                  )
16  INSURANCE PLAN                               )
                                                 )
17             Defendants.                       )
                                                 )
18                                               )
                                                 )

19       Plaintiff Dalit Waissman, through her counsel of record, Charles B. Perkins, Flynn, Rose &

20  Perkins, and defendants Life Insurance Company of North America, Sap America, Inc., Long

21  Term Disability Plan and Sap America, Inc., Life Insurance Plan ("defendants"), through their

22  counsel of record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby

23  stipulate as follows:

24       1.      The parties have mediation in this matter on September 29, 2009 before the

25  Honorable Edward A. Infante (Ret.).  This is the first date in which the parties and Judge Infante

26  are available for mediation.

27       2.      The opening briefs in this matter must be filed on or before October 14, 2009.

28
                                             1
   STIPULATION OF THE PARTIES RE: MODIFICATION OF THE SCHEDULING ORDER IN THIS MATTER
   USDC ND Cal CASE NO. C08-04731 JF-PVT
   463292.1

1  Because this is close to the mediation date, the parties desire to modify the briefing schedule in this

2  matter to give them more time after the mediation hearing to file the opening briefs.

3      Accordingly, the parties hereby stipulate to the following amended briefing schedule:

4      1.   Opening briefs:        October 23, 2009

5      2.   Opposition briefs:     November 13, 2009

6      3.   Reply briefs           November 25, 2009

7      The hearing in this matter remains December 4, 2009.

8      IT IS SO STIPULATED.

9  Date:   August 26, 2009       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

10

11      By:_____/s/ Sean P. Nalty_____
                     SEAN P. NALTY
12                   Attorneys for Defendants,
                     LIFE INSURANCE COMPANY OF NORTH AMERICA
13                   SAP AMERICA, INC., LONG TERM DISABILITY PLAN
                     and SAP AMERICA, INC., LIFE INSURANCE PLAN

14  Date:   August 26, 2009       FLYNN, ROSE & PERKINS

15

16      By: _____/s/ Charles B. Perkins_____
17                   Attorney for Plaintiff
                     DALIT WAISSMAN

18                   [PROPOSED] ORDER

19

20      Based on the stipulation of the parties, and good cause appearing therefore,

21      The Court hereby modifies the briefing schedule in this matter. Opening briefs are to be

    filed by October 21, 2009, Responsive Briefs are to be filed by November 11, 2009, and Reply
22
    Briefs are to be filed by November 25, 2009.  The hearing date in this matter remains December 4,
23
    2009.
24
        IT IS SO ORDERED.
25

26  Date: _____          _____
27                                            Hon. Jeremy Fogel
                                              Judge the United States District Court
28

2