CHARLES B. PERKINS (#126942)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
cbperk@earthlink.net

Attorney for Plaintiff, DALIT WAISSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALIT WAISSMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, SAP AMERICA, INC., LONG TERM DISABILITY INCOME PLAN, and SAP AMERICA, INC. LIFE INSURANCE PLAN.<br><br>　　　　　Defendants. | Case No. C08 04731 JF<br><br>STIPULATION RE: BRIEFING SCHEDULE FOR MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS, AND PROPOSED ORDER |

　　　　WHEREAS, the Court's Findings of Fact and Conclusion of Law in this matter was filed on January 20, 2010;

　　　　WHEREAS, the Court's Findings of Fact and Conclusions of Law directs counsel to meet and confer as to the proper form of judgment and a briefing schedule for a Motion for an Award of Attorney's Fees and Costs;

　　　　WHEREAS, counsel are discussing the proper form of judgment and have agreed to discuss whether the claim for attorney's fees and costs can be resolved by stipulation;

　　　　NOW, THEREFORE, the parties, by and through their counsel of record, hereby agree and stipulate that Plaintiff's motion for an award of attorney's fees and costs shall be timely if filed

within 30 days of entry of judgment, and that the filing of the Findings of Fact and Conclusions of Law on January 20, 2010 does not trigger the deadline for Plaintiff to bring a motion for attorney's fees and costs.

IT IS SO STIPULATED.

DATE: January 29, 2010	FLYNN, ROSE & PERKINS

By /s/ Charles B. Perkins
CHARLES B. PERKINS
Attorney for Plaintiff
Dalit Waissman

DATE: January 29, 2010	WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By /s/ Sean P. Nalty
SEAN P. NALTY
Attorney for Defendant
Life Ins. Company of N. America

## ORDER

Having considered the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees and Costs shall be timely if made within 30 days of entry of judgment, and that the filing of the Findings of Fact and Conclusions of Law on January 20, 2010 does not trigger the deadline for Plaintiff to make a motion for attorney's fees and costs.

IT IS SO ORDERED.

DATE: 2/2/10

JUDGE JEREMY FOGEL