SEAN P. NALTY, Esq. (SBN 121253)
Email: Sean.Nalty@WilsonElser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:   (415) 433-0990
Fax:   (415) 434-1370

Attorneys for Defendants,
LIFE INSURANCE COMPANY OF NORTH AMERICA,
SAP AMERICA, INC., LONG TERM DISABILITY PLAN
and SAP AMERICA, INC., LIFE INSURANCE PLAN

CHARLES PERKINS, Esq.
FLYNN, ROSE & PERKINS
59 N. Santa Cruz Ave., Ste. Q
Los Gatos, CA 95030
Tel:   (408) 399-4566
Fax:   (408) 399-6683

Attorney for Plaintiff DALT WAISSMAN

**E-Filed 6/9/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALIT WAISSMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; SAP AMERICA, INC., LONG TERM DISABILITY PLAN and SAP AMERICA, INC., LIFE INSURANCE PLAN<br><br>　　　　Defendants. | CASE NO.   C08-04731 JF-PVT<br><br>**STIPULATION OF THE PARTIES RE: CONTINUING THE STATUS CONFERENCE OF JUNE 11, 2010**<br><br>Action Filed: October 14, 2008 |

1

STIPULATION OF THE PARTIES RE: CONTINUING THE CASE MANAGEMENT CONFERENCE OF 6/11/10
USDC ND Cal CASE NO. C08-04731 JF-PVT
549136.1

Plaintiff Dalit Waissman ("plaintiff"), through her counsel of record, Charles B. Perkins, Flynn, Rose & Perkins, and defendants Life Insurance Company of North America, SAP America, Inc. Long Term Disability Plan, & SAP America Inc. Life Insurance Plan ("defendant") through their counsel of record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby request that the Court continue the June 11, 2010 Status Conference scheduled in this matter based on the following grounds:

### A.   Pertinent Facts

All of the issues in this matter, except one, have been either adjudicated by this Court or agreed on by the parties. Plaintiff's disability benefits have been reinstated and back disability benefits have been paid in accordance with the Court's order in this matter. Plaintiff's claim for attorney's fees and costs has been settled and this settlement amount has been paid. Finally, the life insurance benefit, provided in conjunction with plaintiff's disability insurance coverage, has also been reinstated.

However, the parties have been unable to resolve the issue of the amount of life insurance coverage and the coverage provided to plaintiff's husband. In order to give the parties additional time to resolve these particular issues, and pursuant to the stipulation below, the parties hereby request that the June 11, 2010 Status Conference in this matter be continued at least thirty days in order for the parties to have additional time to resolve this remaining issue.

### B.   The Stipulation

Plaintiff, through her counsel of record, Charles Perkins, and defendants through their counsel of record, Sean Nalty, hereby stipulate that the June 11, 2010 Status Conference in this matter can be continued thirty (30) days to allow the parties additional time to resolve the remaining issues regarding the life insurance coverage provided to plaintiff.

IT IS SO STIPULATED.

Date: June __, 2010            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:      /s/ Sean P. Nalty
         SEAN P. NALTY
         Attorneys for Defendants,
         **LIFE INSURANCE COMPANY OF NORTH AMERICA**

2

SAP AMERICA, INC., LONG TERM DISABILITY PLAN
and SAP AMERICA, INC., LIFE INSURANCE PLAN

Date:   June ___, 2010        FLYNN, ROSE & PERKINS

By: _____/s/ Charles B. Perkins_____
       Attorney for Plaintiff
       **DALIT WAISSMAN**

[PROPOSED] ORDER

Based on the stipulation of the parties set forth above, and good cause appearing therefore, the Court hereby continues the June 11, 2010 Status Conference in this matter. to   July 23, 2010   .

IT IS SO ORDERED.

Date: 6/9/2010

_____
Hon. Jeremy Fogel
Judge of the United States District Court

---

3

STIPULATION OF THE PARTIES RE: CONTINUING THE CASE MANAGEMENT CONFERENCE OF 6/11/10
USDC ND Cal CASE NO. C08-04731 JF-PVT
549136.1