1  SEAN P. NALTY, Esq.  (SBN 121253)
   Email:  **Sean.Nalty@WilsonElser.com**
2  WILSON, ELSER, MOSKOWITZ,                    **E-Filed 7/22/2010**
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California  94105
4  Tel:    (415) 433-0990
   Fax:    (415) 434-1370
5
6  Attorneys for Defendants,
   LIFE INSURANCE COMPANY OF NORTH AMERICA,
7  SAP AMERICA, INC., LONG TERM DISABILITY PLAN
   and SAP AMERICA, INC., LIFE INSURANCE PLAN
8
9  CHARLES PERKINS, Esq.
   FLYNN, ROSE & PERKINS
10 59 N. Santa Cruz Ave., Ste. Q
   Los Gatos, CA  95030
11 Tel:    (408) 399-4566
   Fax:    (408) 399-6683
12
13 Attorney for Plaintiff DALT WAISSMAN

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16

17

18 DALIT WAISSMAN,                    )  CASE NO.     C08-04731 JF-PVT
                                      )
19         Plaintiff,                 )  **STIPULATION OF THE PARTIES RE:**
                                      )  **BRIEFING SCHEDULE TO RESOLVE**
20     v.                             )  **THE FINAL ISSUES IN THIS ACTION**
                                      )  **AND REQUEST TO TAKE THE JULY 23,**
21                                    )  **2010 CASE MANAGEMENT**
                                      )  **CONFERENCE OFF CALANDER**
22 LIFE INSURANCE COMPANY OF NORTH    )
   AMERICA; SAP AMERICA, INC., LONG   )
23 TERM DISABILITY PLAN               )  Action Filed:  October 14, 2008
   and SAP AMERICA, INC., LIFE        )
24 INSURANCE PLAN                     )
                                      )
25         Defendants.                )
                                      )
26 _____      )

27

28
                                     1

Plaintiff Dalit Waissman ("plaintiff"), through her counsel of record, Charles B. Perkins, Flynn, Rose & Perkins, and defendants Life Insurance Company of North America, SAP America, Inc. Long Term Disability Plan, & SAP America Inc. Life Insurance Plan ("defendant") through their counsel of record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby request that the Court adopt the suggested briefing schedule set forth below and take the July 23, 2010 Case Management Conference off-calendar.

A.      **Pertinent Facts**

All of the issues in this matter, except one, have been either adjudicated by this Court or agreed on by the parties. Plaintiff's disability benefits have been reinstated and back disability benefits have been paid in accordance with the Court's order in this matter. Plaintiff's claim for attorney's fees and costs incurred through March 22, 2010 has been settled and this settlement amount has been paid. Finally, the life insurance benefit, provided in conjunction with plaintiff's disability insurance coverage, has also been reinstated.

However, the parties have been unable to resolve the issue of the amount of life insurance coverage to which plaintiff is entitled and if life insurance coverage should be provided to plaintiff's husband. The parties are continuing to try to resolve these issues. Plaintiff contends that this issue is properly adjudicated by the Court in this matter. Although defendants want to work out this issue informally, defendants contend that the issue is not in controversy in this matter since there is no claim in this matter that life insurance benefits are owed.

B.      **The Case Management Conference**

At the July 23, 2010 case management conference ("CMC") scheduled in this matter, the Parties will request that the Court set a briefing schedule to resolve this issue in the event that the issue cannot be resolved informally. The parties have met and conferred on a briefing schedule and, through this stipulation, request that the Court adopt the following briefing schedule in lieu of the Parties having to appear at the CMC.

1.      Plaintiff's opening brief: September 3, 2010

2.      Defendants' Opposition: September 24, 2010

3.      Plaintiff's Reply: October 1, 2010

STIPULATION OF THE PARTIES RE: CONTINUING THE CASE MANAGEMENT CONFERENCE OF 6/11/10
USDC ND Cal CASE NO. C08-04731 JF-PVT
563470.1

The Parties are agreeable that the Court set a hearing date on this motion that is convenient for the Court. The Parties are also agreeable to any modifications the Court wants to make to this schedule. If the Court adopts this briefing schedule, or a modified briefing schedule, than the July 23, 2010 CMC can be taken off –calendar.

## C.   The Stipulation

Plaintiff, through her counsel of record, Charles Perkins, and defendants through their counsel of record, Sean Nalty, hereby stipulate to the briefing schedule set forth above and to any modifications or additions to the schedule required by the Court. The Parties further stipulate that a hearing date on plaintiff's motion can be set at the Court's convenience. Finally, the Parties stipulate that the July 23, 2010 Case Management Conference in this matter can be taken off-calendar in the event that the Court adopts the briefing schedule suggested by the Parties or a briefing schedule modified by the Court.

IT IS SO STIPULATED.

Date:   July 20, 2010          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:_____/s/ Sean P. Nalty_____

            SEAN P. NALTY
            Attorneys for Defendants,
            LIFE INSURANCE COMPANY OF NORTH AMERICA
            SAP AMERICA, INC., LONG TERM DISABILITY PLAN
            and SAP AMERICA, INC., LIFE INSURANCE PLAN


Date:   July 20, 2010          FLYNN, ROSE & PERKINS


By: _____/s/ Charles B. Perkins_____
            Attorney for Plaintiff
            DALIT WAISSMAN

STIPULATION OF THE PARTIES RE: CONTINUING THE CASE MANAGEMENT CONFERENCE OF 6/11/10
USDC ND Cal CASE NO. C08-04731 JF-PVT
563470.1

1

2                                  [Proposed] ORDER

3            Based on the stipulation of the parties set forth above, and good cause appearing therefore,

4    the Court hereby issues the following order:

5            The Court hereby orders the following briefing schedule to resolve all remaining issues in

6    this matter:   Plaintiff's opening brief will be filed on or before September 3, 2010; defendants

7    opposition will be filed on or before September 24, 2010; and plaintiff's reply brief will be filed on

8    or before October 1, 2010.  The hearing date on this matter will be ___October 15, 2010___.

9    With this briefing schedule, the July 23, 2010 Case Management Conference is this matter is taken

10   off calendar.

11   IT IS SO ORDERED.

12   Date: ___7/22/2010___

13                                                    _____
                                                     The Honorable Jeremy Fogel
14                                                   Judge of the United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                  4
---

**PROOF OF SERVICE**
*Dalit Waissman v. Life Insurance Company of North America, et al.*
*U.S.D.C. Case No. C08-04731 PVT*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s).

**STIPULATION OF THE PARTIES RE: BRIEFING SCHEDULE TO RESOLVE THE FINAL ISSUES IN THIS ACTION AND REQUEST TO TAKE THE JULY 23, 2010 CASE MANAGEMENT CONFERENCE OFF CALENDAR; [Proposed] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** – (Pursuant to CCP Section 1013.) I am readily familiar with Wilson Elser Moskowitz Edelman & Dicker LLP's practices for collecting and processing documents for mailing with the United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 525 Market Street, 17th Fl., San Francisco, CA 94105-2725. The above-referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☐: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐: **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒: **E-Filing** - I caused each such envelope to be electronically served to the office of the address.

Charles B. Perkins, Esq.
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95930
Tel:    (408) 399-4566
Fax:    (408) 399-6683

*Attorney for Plaintiff*
*DALIT WAISSMAN*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED July 20, 2010 at San Francisco, California.

Stacey Muller

1
PROOF OF SERVICE

415064.1