CHARLES B. PERKINS (#126942)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
cbperk@earthlink.net

**E-Filed 10/28/2010**

Attorney for Plaintiff, DALIT WAISSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALIT WAISSMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, SAP AMERICA, INC., LONG TERM DISABILITY INCOME PLAN, and SAP AMERICA, INC. LIFE INSURANCE PLAN.<br><br>　　　　　Defendants. | Case No. C08 04731 JF<br><br>[~~PROPOSED~~] JUDGMENT |

On January 20, 2010, the Court issued its findings of fact and conclusions of law, ordering that Plaintiff's future Long Term Disability benefits be reinstated, that she be awarded past disability benefits retroactive to May 25, 2006, plus interest pursuant to USC §1961, and that all other benefits under the Plan be reinstated, including Waiver of Plaintiff's premiums under the Life Insurance Plan.  Counsel were directed to meet and confer as to the proper form of judgment, and the briefing schedule for an award of attorney's fees and costs.

On March 22, 2010, the parties filed a Stipulation agreeing to the amount of past Long Term Disability benefits to be reinstated, interest, and attorney's fees through the date of the

Stipulation.

On October 7, 2010, the parties filed a Stipulation Re: reinstatement of Plaintiff's Long Term Disability benefits, and life insurance on a Waiver of Premium, and for settlement of the remaining issues.

IT IS HEREBY ORDERED that judgment be entered for Plaintiff DALIT WAISSMAN in accordance with the Findings of Fact and Conclusions of Law, filed on January 20, 2010, and the Stipulations filed on March 22, 2010 and October 7, 2010.  The Clerk of the Court shall close this file.

DATE: October 28, 2010

_____
JEREMY FOGEL
United States District Judge